UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20767-CR-UNGARO/SIMONTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FELICIA TRIANA and
SILVIA MARIA ZAYAS,

        Defendants.
                                    /

### ORDER DIRECTING CJA COUNSEL TO
### RESPOND TO DEFENDANTS' MOTIONS FOR APPOINTMENT
### OF APPELLATE COUNSEL AND DIRECTING FEDERAL PUBLIC DEFENDER'S
### OFFICE TO FILE STATEMENT RE: CONFLICT OF INTEREST

Presently pending before the Court is Defendant Felicia Triana's Letter to the Court regarding her intent to appeal her sentence and request for counsel which the Court treats as a Motion for Appointment of Appellate Counsel (DE ##s 523, 524).  Also pending before the Court is Defendant Silvia Maria Zayas' Letter to the Court regarding her intent to appeal her sentence and request for counsel which the Court treats as a Motion for Leave to Proceed in Forma Pauperis on Appeal and Motion to Appoint Counsel (DE # 514).  The Honorable Ursula Ungaro, United States District Judge, has referred these motions to the undersigned United States Magistrate Judge (DE # 538).

In this matter, trial counsel, Michael Blacker, was appointed by the Court pursuant to the Criminal Justice Act to represent Ms. Triana on September 8, 2008 (DE # 45).  On June 23, 2009, following entry of a guilty plea, Ms. Triana was sentenced by the District Judge to ten-years imprisonment followed by five years of supervised release for a violation of 21 U.S.C. § 846, conspiracy to possess with intent to distribute 50 grams or more of cocaine base (DE #520).  In her current motion, Defendant Triana states that she

is dissatisfied with her trial counsel and requests that another attorney be appointed to represent her on appeal and further indicates that she does not have the financial means to retain a private attorney.

As to Ms. Zayas, trial counsel, Joaquin Perez, was appointed by this Court pursuant to the Criminal Justice Act to represent her on September 8, 2008 (DE # 34). On April 3, 2009, following entry of a guilty plea, Ms. Zayas was sentenced to ten-years imprisonment followed by five years of supervised release for a violation of 21 U.S.C. § 846, conspiracy to possess with intent to distribute 50 grams or more of cocaine base and five (5) kilograms or more of cocaine (DE ## 465, 468).[1] In the instant motion docketed on June 17, 2009, Ms. Zayas states that she is dissatisfied with her trial counsel, requests that another attorney be appointed to represent her on appeal and further indicates that she is unable to retain a private attorney (DE # 514).[2] Ms. Zayas also requests that she be allowed to proceed *in forma pauperis* on appeal.

Currently, trial counsel Mr. Blacker and Mr. Perez are still listed as counsel of record for Ms. Triana and Ms. Zayas, respectively. Neither attorney has filed a response or notice with regard to their client's request for appointment of appellate counsel. Therefore, the undersigned directs Mr. Blacker and Mr. Perez to file a response to their

---

[1] Ms. Zayas' Judgment was docketed on April 15, 2009, but the date of imposition of sentence was April 3, 2009, as indicated in the Judgment (DE # 468).

[2] On April 15, 2009, a letter from Ms. Zayas to the District Judge dated April 7, 2009, was docketed wherein Ms. Zayas indicated her desire to appeal her case and requested that appellate counsel be appointed because she was unhappy with trial counsel's representation (DE # 469). On May 29, 2009, another letter from Ms. Zayas to the District Judge dated May 8, 2009, was docketed wherein she again stated her desire to appeal the sentence in this matter and requesting the appointment of appellate counsel (DE #498). Neither of the previous letters/motions were referred to the undersigned.

client's respective Motions on or before Friday, July 31, 2009.

In addition, the Federal Public Defender's Office is directed to file a statement regarding whether that office would have a conflict in representing Ms. Triana and/or Ms. Zayas on appeal in this matter. That statement shall also be filed on or before Friday, July 31, 2009.

Thus, it is hereby

**ORDERED** that CJA Counsel for Ms. Triana, Michael Blacker, file a response to Ms. Triana's Motion for Appointment of Appellate Counsel (DE ##s 523, 524) by the close of business, Friday, July 31, 2009. It is further

**ORDERED** that CJA Counsel for Ms. Zayas, Joaquin Perez, file a response to Ms. Zayas' Motion for Appointment of Appellate Counsel (DE # 514) by the close of business, Friday, July 31, 2009. It is further

**ORDERED** that the Federal Public Defender's Office file a statement regarding whether representing Ms. Triana and/or Ms. Zayas on appeal would present a conflict for that Office, by the close of business on Friday, July 31, 2009.

**DONE AND ORDERED** in Miami, Florida this 22nd day of July, 2009.

*Andrea M. Simonton*

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro
	United States District Judge
Counsel of Record
Michael Blacker, CJA counsel
Federal Public Defender's Office, Miami